**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maria Ester ORTIZ, Defendant–**
**Appellant.**

**No. 05–13577**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 26, 2006.

Douglas Molloy, Fort Myers, FL, Tamra Phipps, Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mark G. Rodriguez, Tampa, FL, for Defendant–Appellant.

U.S. 25, 37, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Maria Ester Ortiz, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Ortiz's conviction and sentence are **AFFIRMED**.